[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

OCT 30 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

)
) Case Number:
)
Plaintiff )
United States of America )
v. ) 1:18-cv-07229
) Judge Joan H. Lefkow
) Magistrate Judge Young B. Kim
)
Defendant )
Association of Casualty and Surety
Companies; American Mutual Insurance
Alliance; National Association of
Mutual Casualty Companies; assigns and
sucssessors Insurance Industry
Committee on Motor Vehicle
Administration (IICMVA) and the
American Association of Motor Vehicle
Administrators Combine et al.

<u>Enforcement</u>
63 Civ. 3106 by
Beneficiary

### Jurisdiction and Venue

United States of America,
   U.S. Constitution
Article IV Sections 1. 2. 3. 4.,
    Article VI
    and
Section 4 of the Act of Congress
of July 2, 1890, c. 647, 26 Stat.
209 ( 15 U.S.C. Sec. 4) as amended,
entitled "An Act to protect trade and
commerce against unlawful restraints
and monopolies," commonly known
as the Sherman Act.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

1.Enforce the 63 Civ. 3106 injunction against the IICMVA/AAMVA membership of the American Bar Association law offices of Turbin and Marcus and the assigns and sucssessors law offices of Marcus and Boxerman (licensees), in concert and particapation, for failure to determine the ownership and use, theft and conversion, of the True Line, Inc. ( the Company) activities, under trust and injunction. I am not subject to "collective control". I want to be made whole from Mr. Boxerman for securities theft and pimping violating Leonard J. Kral's constitutional rights. I am the owner of the companies. See Violation # 1. **Voting Trust** , Buy/Sell, Will attached. Jacquelyn Stepanek, Paula Stepanek (Miroballi) Karen Stepanek (Block) Thomas Miroballi were entitled to nothing. I did not issue any K1 forms or Stock Certificates.

2. Order Judge Robert Goeke, the US Tax Court, the Department of Treasury, Internal Revenue Service and IRS agent, Briseyda Villalpando, that they violated my constitutional rights and I am not subject to the business of Insurance and Taxation.

3.Order the DOJ I am not subject to their program see DOJ Program.Junk or Salvage.

(A) Order the State of Illinois I am mot subject to "see the disposition of fees and taxes".

(B) Order the State of Illinois I am not subject to see Rebuilt Vehicle Title Laws and/ or any Inspection Laws. Get clean titles no junk, salvage history, inspections, fees.

I am not subject to any collective control laws. See IICMVA/AAMVA Antitrust Statement, long declaration and their about/history.

(2)

(C) Order Pete Piazza and Dereck Garcia they violated my constitutional rights under their oaths of office throught their police powers who were properly served with the Judgment. Well before any of their actions. See Violation # 3 Criminal Tickets, Certified Disposition Statements and Administrative Violations.

(D) Order the membership of IICMVA/AAMVA I am not subject to membership, collective control. see Illinois, Federal Government, Virginia Certified Copies Corporate Filing under Antitrust Statement Documents.

(E) Order the Office of The States Attorney, Cook County, Illinois they have an injunction against their police powers, concert and participation. See Illinois AAMVA TRP.

(F) Order the Illinois Motor Vehicle Theft Prevention Council and the Illinois Criminal Justice Information Authority and Trust Fund contributors they have an injunction against their police powers and have violated my constitutional rights and have no control over my activities.

(G) Order the Illinois SOS IICMVA/AAMVA members, to immediatly issue me all of my dealer's license's without any fees, or interuption, ever again. Tell them none of the laws on any license application apply to me, or my membership Insurance and Taxes (Salvage Fees ).

(H) Order Dorthy Brown to clear my name and include my wifes name of any criminal record history or other wise. See Criminal tickets by SOS, see Certified Disposition.

(I) Order the Illinois SOS that each ticket and administrative ticket is and individual antitrust violation and must be removed from license hold letter.

(J) Order the Illinois Department of Revenue and Illinois Secretary of State Police that they can not HOLD my license, and I do not have to pay or collect any Insurance and /or taxes. Advise them of my Antitrust Exemption. See Restraint of Trade Lic. Hold IDOR & ISOSP letter.

(K) Order that the office of the Secretary of State Administrative Hearings' officers, their decisions and finding violated my constitutional rights under 63 Civ. 3106, and their Illinois Supreme Court issued Licenses, and in their official government capacity, under their oaths of office, as prima facia evidence. They made a mockery of law through their police powers and contempt of the Final Judgement. (Fees)

4. Order the enforcement of the injunction to STOP the County from "Take Notice" of property. (Foreclosure) See Frank Stepanek Property Take Notices and Cook County Pension and Health Care amounts for union workers. See Frank Stepanek UNION TAX BILL and Leonard Kral tax bill. Order the Cook County, Illinois Sheriff police powers we are exempt from "Insurance and Taxation".

See Illinois Administrative Code "Appraisal" Means. Division and Allocation of Markets among appraisers. See Injunction pg -2 -¶ IV (A) 4.

Order Illinois Property Tax Appeal Board, Cook County, and Chase Bank violated my constitutional rights. See IPTAB admin., decision sustains 63 Civ. 3106.

See witness slips of associations lobbying in committee.

See Sherman Act. Local government Illinois State Action Exemption.

5. Order Illinois Tollway I do not have to pay to use the road fees.

Order City of Chicago I do not have to pay Red light or speed camera violation review program fees.

Order Village of Justice violation fees do not apply.

Order Cook County and Penn Credit Corp. I do not have to collect or pay a use tax or fees. Clear our name's by the credit Bureau's concert and participation.

6. Order the City of Chicago not to exercise any control over our activities. "Insurance and Taxation",license, fees, taxes, permits, etc...

See Certified I.G.O.I./True Line letter to City of Chicago.

7.The State of Illinois is violating my U.S. Constitutional rights, Illinois Constitutional Rights, Ex Post Facto Laws and 63 Civ. 3106 by impairing contracts, charging me fees for a drivers license to drive a motor vehicle, to keep and bear arms, Conceal Carry Permit(Fees), Fire Arms Owners Identification Card ,when it is already a right under the constitution to be able to use it against my government from excessive "Insurance and Taxation". I am not subject to the police power see 63 Civ. 3106 injunction see oaths of office Illinois Constitution article 22. See American Revolutionary War.

I pledge allegiance to the flag of the United States of America and to the **REPUBLIC** for which its stands, one nation, under God, with liberty and justice for all. Amen.

I am "Free and Independent" Republic not subject to "collective control" a Democracy. See article IV §1-4.

We are sovereign.

Respectfully,

The People,

Mr. Leonard J Kral, Mr. Leonard J. Kral Independent Garage Owners of Illinois

1618 S. Pulaski Rd.

Chicago, Illinois 60623

773 277 5600