AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. Case # 1:18-cv-07229

## PROOF OF SERVICE

### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any)  NAMCC c/o NAMIC, President & CEO Charles Chamness

was received by me on (date) _____ .

☐ I personally served the summons on the individual at (place) _____
on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____ , a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____ , who is designated by law to accept service of process on behalf of (name of organization) _____
on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other (specify): Leonard J. Kral contracted with the United States Postal Service to employ Certified Mail Return Receipt Requested # 7014 0150 0001 2512 0511, pursuant to the provisions of 63 Civ. 3106 Final Judgment § II, through the use of personal service or otherwise. See Fed. R.C.P.4 Summons and Additional Information box below for further explanation.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/01/2019

*Server's signature*

Leonard J. Kral
*Printed name and title*

1618 S. Pulaski Rd.
Chicago, IL 60623

*Server's address*

**FILED**
FEB - 4 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Additional information regarding attempted service, etc:
PROOF OF SERVICE (Continuation From Above)
(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l)). See LR5.5 (a) (2) & (b) Fed.R.Civ.P. 5 (b) (f).

* Other (specify): Notes of Advisory Committee on Rules – 1963 Amendment Subdivision (b) states that a form of summons or notice, corresponding "as nearly as may be" to the State form, shall be employed.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| United States of America, ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No. Case # 1:18-cv-07229 |
| Association of Casualty and Surety Companies, et al ) | |
| *Defendant(s)* ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* National Association of Mutual Casualty Companies, c/o National Association of Mutual Insurance Companies (NAMIC), President & CEO, Charles Chamness, 3601 Vincennes Road, Indianapolis, IN 46268

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Leonard J. Kral
1618 S. Pulaski Rd.
Chicago, Illinois 60623

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 02/01/2019

*J. Nuñez*
*Signature of Clerk or Deputy Clerk*

## U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

INDIANAPOLIS, IN 46268  OFFICIAL USE

| | | |
|---|---|---|
| Postage | $2.80 | ~~SOCIL0200~~ ATY NAM CC11 |
| Certified Fee | $0.00 | |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here FEB 1 2019 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| | $7.85 | |
| Total Postage & Fees | $ $14.15 | 02/01/2019 |

CHAMNESS

Sent To: NAMCC c/o NAMCC President Charles
Street, Apt. No. or PO Box No.: 3601 Vincennes Rd
City, State, ZIP+4: Indianapolis, IN 46268

PS Form 3800, August 2006 — See Reverse for Instructions

7014 0150 0000 2512 0511

---

```
==================================
       OTIS GRANT COLLIN
       2302 S PULASKI R
           CHICAGO
             IL
          60623-9998
          1615760231
02/01/2019    (800)275-8777    4:40 PM
==================================
==================================
Product              Sale      Final
Description          Qty       Price

PM 1-Day              1
  (Domestic)
  (CHICAGO, IL  60631)
  (Weight:1 Lb 2.90 Oz)
  (Expected Delivery Date)
  (Saturday 02/02/2019)
Certified             1        $3.50
  (@@USPS Certified Mail #)
  (70140150000125103255)
Return                1        $2.80
Receipt
  (@@USPS Return Receipt #)
  (9590940229787094580559)
PM 2-Day              1        $9.45
  (Domestic)
  (WASHINGTON, DC  20004)
  (Weight:1 Lb 3.00 Oz)
  (Expected Delivery Date)
  (Monday 02/04/2019)
Certified             1        $3.50
Return                1        $2.80
Receipt
Mails Rate            1      ($15.75)
Quote
PM 2-Day              1        $9.45
  (Domestic)
  (WASHINGTON, DC  20004)
  (Weight:1 Lb 3.00 Oz)
  (Expected Delivery Date)
  (Monday 02/04/2019)
Certified             1        $3.50
  (@@USPS Certified Mail #)
  (70140150000125123192)
Return                1        $2.80
Receipt
  (@@USPS Return Receipt #)
  (9590940229787094581990)
PM 2-Day              1        $7.85
  (Domestic)
  (INDIANAPOLIS, IN  46268)
  (Weight:1 Lb 3.00 Oz)
  (Expected Delivery Date)
  (Monday 02/04/2019)
Certified             1        $3.50
  (@@USPS Certified Mail #)
  (70140150000125120511)
Return                1        $2.80
Receipt
  (@@USPS Return Receipt #)
  (9590940229787094580566)

Total

Debit Card Remit'd            $44.05
  (Card Name:VISA)
  (Account #:XXXXXXXXXXXX5036)
  (Approval #:         )
  (Transaction #:990)
  (Receipt #:017059)
  (Debit Card Purchase:$44.05)
  (Cash Back:$0.00)
  (AID:A0000000980840       Chip)
  (AL:US DEBIT)
  (PIN:Verified)

Includes up to $50 insurance

Text your tracking number to 28777
(2USPS) to get the latest status
```