UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FILED
MAR 04 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States of America

Plaintiff,

V.

Association of Casualty and Surety Companies, et al.

Defendants.

Case No. 1:18-cv-07229

Honorable Judge: Gary Feinerman

**REPLY TO NATIONAL ASSOCIATION OF MUTUAL CASUALTY COMPANIES C/O NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES' MOTION TO DISMISS, PURSUANT TO FED. R. CIV. P. 12(b)(5) and (6)**

Following is Plaintiff's response to Defendant's statements, which cover its numbers 1 and 2 Statements on Procedural Background, and subsequent responses to its numbers 3-10 sections, which excludes number 4.

Regarding the Defendants' above-referenced rule and the 63 Civil 3106 Perpetual Consent Decree, the Defendants consented to the Decree without the taking of any testimony. Therefore, the Consent Decree "trial" is over, the Judgment is final, and no jury demand can be requested.

The Defendants' time for a Motion to dismiss or counter the original claims was over some 56 years ago, which means Defendants' Motion is way too late.

Defendants, and those in concert or participation with Defendants' successors, granted relief to Plaintiffs, under the "no control" provisions. This is not a "money judgment", but only informs Defendants on what they cannot do.

In this regard, all laws, rules and modes of procedure concerning the Consent Decree were repealed. Please review your signed blanket stipulation. Plaintiff is unaware of the rules, laws, or case law that you cite in your illegal motion that was not mentioned in the blanket stipulation and which are irrelevant. Please refer to Plaintiff Leonard J. Kral's "Amended Motion" answer to Honorable Gary Feinerman motion to dismiss with prejudice, Docket Entry by the Clerk, on Tuesday, November 6, 2018, number 1.

Through this Motion, defendant has materially altered the Injunction with defendant's motion under the Final Judgment, p 1, ¶ I-II, Sherman Act, § 1-3, which defendants consented to under defendants' Oaths of Office affidavit and is prima facie evidence. See added Exhibit Q, pp 8, 9, 10, and under the IICMVA/AAMVA Antitrust Statement, Long Declaration and the About sec tion. See defendants Exhibit 1 re-entry of defendants' own injunction, 63 Civ. 3106, that already includes Relief and Damages. See Index of Exhibits D, Antitrust Statement, pp 1-2; Antitrust Declaration, pp 3-4; About the IICMVA, pp 5-6.

Leonard J Kral did not send notice to Barnes & Thornburg, LLP, but only to "NAMIC" President, Charles Chamness. Citing my Exhibit D, p 3, 2nd ¶, last sentence, under Exhibit 1:

"Specifically, members of the IICMVA are advised to avoid exchanging or discussing, either directly or indirectly through an intermediary, the following matters in any oral discussions or written correspondence with other members or with any other person from another company" etc.

As such, only the Defendant, "NAMIC" President, Charles Chamness, can respond pursuant

to the IICMVA Antitrust Declaration required in the Injunction, p 3, ¶ V, which defendants are making here, but were operating in "concert or participation" with AIA, PCIAA/APCIA. See Exhibit D, pp 1- 6.

Therefore, Barnes & Thornburg, LLP is "an intermediary" under this provision of the IICMVA Antitrust Declaration, for which NAMIC has violated its own declaration. Moreover, it is prohibited from responding on behalf of NAMIC President Charles Chamness, and its "Motion" must be withdrawn.

3. Please see below quotes, which were excerpted from enclosed exhibits, which detail NAMIC's involvement with the following entities and applies to Rule 7.1 Corporate Disclosure Statement.

"The Independent Appraisal Plan is sponsored by the Combined Claims Committee (CCC). The CCC is a joint- committee of the claims committee of the Association of Casualty and Surety Companies (ACSC), an association of 133 stock companies, and the American Mutual Insurance Alliance (AMIA), an association of 106 mutual companies. It was created sometime in the 1930's to provide a forum for the joint consideration of claims problems of the stock and mutual companies. Prior to September 1962, when AMIA became represented on the CCC, the CCC consisted of the claims committee of the ACSC and the National Association of Mutual Casualty Companies (NAMCC), an association of 26 mutual companies."

"The NAMCC is , in effect, still represented on the CCC. It is the Claims Executive Committee of the NAMCC which represents the AMIA on the CCC. A resolution of the board of directors of the NAMCC approved the substitution of AMIA for NAMCC. The purpose of the Change was to render more mutual companies eligible to participate in CCC activities."

"The claims committee of the National Association of Automotive Mutual Casualty Companies (NAAMIC), an association of 32 mutual companies all but 10 of which are also members of NAMCC, but officially represented only the NAMCC on the CCC, AMIA includes in its mem-

bership the members of NAMCC and NAAMIC." Excerpted from Exhibit D, DOJ NW 38778 DocId:32715778, p 7, and NW 38778 DocId:32715778, p 8. See added Exhibit N, DOJ NW 38778 DocId: 32715115, pages 230-231, regarding "NAMIC", which addresses the aforementioned "concert or participation" misnomer.

See Exhibit C, AAMVA Quick Facts, ACSC evolution to AIA. See Exhibit O, where American Mutual Insurance Alliance changed its name to Alliance of American Insurers, on July 7, 1977, per Article of Amendment to Articles of Incorporation, and was filed as a matter of record with the Illinois Secretary of State. See evolution to PCIAA/APCIA. See Exhibit D, p 5, ¶ 4. All of these exhibits tie-in NAMIC's "concert or participation", and history in this matter, which makes it in violation of the 63 Civ. 3106 Consent Decree.

5. It is correct that I filed with the Defendants AIA, PCIAA, NAMIC, only the 1963 U.S. Dist. LEXIS 9949; 1963 Trade Cas. (CCH) P70,917, Cliff's Notes, notwithstanding, that LexisNexis is an associate member to the IICMVA as a co-conspirator, or is in concert or participation. The NAMIC defendant intermediary attorneys could use their Lexis accounts or the Lexis associates, which should give themselves the missing complaint they left out, if the attorneys cannot understand the Injunction against the combine. See Exhibit D, About the IICMVA, p 5-6.

6. The Court cannot grant defendant's motion because the courts are in concert or participation as your associates, as AAMVA members, but, at the same time, are protecting Independents, like myself, from unions / associations. Essentially, the United States of America sued themselves through their departments, running their own insurance companies, through associations. See Exhibit C, AAMVA Quick Facts, 4th highlighted dot.

The "Amended Motion", FEB-4-2019, is the complaint inextricably intertwined with perpetual history. The above aforementioned Cliff's Notes reveal what relief that has already been consented to in the Injunction and cannot be denied.

In addition these antitrust laws have been written into the various Federal, State, and Municipal laws / codes regarding the business of "Insurance and Taxation", and a division and allocation

of markets to pay for the health and welfare of union / association operators against Independents, through their tort and litigation practices. The Republic vs. the Democracy. See Article IV, 1-4. Capitalism v. Communism. See Exhibit P, DOJ NW 38778 DocId:32715115.

7. Please refer to above page 1.

8. See Exhibit L in its entirety. 63 Civ. 3106 beneficiaries are not subject to the Illinois Antitrust Act.
 (1) labor organizations, (3) public utilities as cited, (4) joint underwriting insurance activities…

9. Defendant claims that its name is only mentioned once in its Exhibit 1, ¶ 3, and stated that no intelligible claim can be discerned. Leonard J Kral does hold the U.S. DOJ Attorney investigation file No. 60-169-41, which resulted in the 63 Civ. 3106 Consent Decree. The file mentions "NAMIC" quite often. Please refer to number 3 above and Exhibit N.

10. Plaintiff, beneficiary et al., paid the court $ 47.00 to enforce the judgment for our Independent health and welfare, under the constitutionally written 63 Civ. 3106, which is protected under the Sherman Act. We are not subject to the business of "Insurance and Taxation".

Wherefore, the Plaintiff beneficiary et al., respectfully requests that the court enforce the Final Judgment that defendants consented to.

March 4, 2019

Respectfully submitted,

Mr. Leonard J Kral
1618 S. Pulaski Rd.
Chicago, Illinois 60623
773 277 5600

Enclosures: Exhibits O-Q

CC:

NAMIC
President Charles Chamness
3601 Vincennse Rd.
Indianapolis, In 46268

**CERTIFIED # 7014 0150 0001 2512 3307**

FOIA(b)(7) - (D)

Exhibit N

During the period 1953-54 [redacted] endeavored to become the "council approved" appraiser for the Washington, D. C. area. He showed the writer a series of letters passing between him and the council relating to his application. */ This correspondence revealed that the council had made its choice for the Washington area but advised [redacted] that the "Pittsburgh Plan" was about to be adopted in Syracuse, New York, Roanoke, Virginia, and Richmond, Virginia, and he could apply for the position in those cities. He was not interested in leaving [redacted] and did not seek to become "approved appraiser" elsewhere. [redacted] pointed out that the "council or committee" approved his qualifications but could not give him the [redacted] because an "approved appraiser" had already been designated. The foregoing correspondence is significant in demonstrating that the "Pittsburgh Plan" was growing into a nationwide arrangement in 1953 and 1954. That this program is sponsored by prominent insurance organizations is indicated by one of the letters written by the Parent Council to [redacted] One of the letters written by the Parent Council in speaking of the Pittsburgh Plan states:

> This service is sponsored by the Association of Casualty and Surety Companies and the National Association of Mutual Insurance Companies.

A description of the Association of Casualty and Surety Companies appearing in the Cyclopedia of Insurance is set out in part below:

> Assoc of Casualty & Surety Co. [1957 Cyclo of Ins. p. 422]
> 60 John St., N. Y. Approx. 133 **/ members & 235 staff.

---

*/ The complainant did not wish to leave these letters for photostating since his name appeared in the correspondence. He was reminded that such correspondence might be subpoenaed in the event of a case, and he was aware of that possibility.

**/ The names of the 133 members are set out in the publication. The list includes the major bureau stock companies.

BEST DOCUMENT AVAILABLE

Exhibit N

This Association is a public service organization wholly maintained by capital stock companies engaged in the casualty and surety business. Its name was changed from Association of Casualty and Surety Executives to Association of Casualty and Surety Companies at the annual meeting May 13, 1947. Its purposes are to provide a forum for discussion of general problems which are of common concern to stock companies engaged in the casualty and surety business, to promote the interests of such companies in every legitimate manner consistent with the public welfare, and to perform certain services which the companies may conduct more effectively and economically as a group through the Association than as individual units . . .

The officers of the Association include among others:

President, Clarke Smith

V. Pres., Wm. T. Harper

General Mgr., T. Dewey Dorsett

General Counsel, Ray Murphy

FOIA(b)(7) - (D)

[ ] said that one Robert W. Dicke, Assistant to the Manager of the Association of Casualty & Surety Companies was in charge of the "Combined Claim Committee." No such name was found among the list of officers of the Association. It may be that Dicke has left the Association.

The Cyclopedia sets out the following description of the National Association of Mutual Insurance Companies at p. 344:

An organization having a paid membership of some 1299 mutual insurance companies with some 1300 additional companies contributing to and participating in part of its activities.

The latter organization has headquarters at 2105 N. Meridian St., Indianapolis 2, Indiana.

It is somewhat unusual to find stock and mutual organizations working together on a project. Since this is apparently the case in this instance, it would certainly seem that the majority of automobile insurance firms are involved in promoting the "Pittsburgh Plan" through their respective stock and mutual trade associations.

BEST DOCUMENT AVAILABLE

Exhibit O

(DO NOT WRITE IN THIS SPACE)

Date 7-1-77

Filing Fee $ 10.00

Clerk

5324 8

To Be Filed In Duplicate Filing Fee $10.00

FORM NP-35

ARTICLES OF AMENDMENT
to the
ARTICLES OF INCORPORATION
under the
GENERAL NOT FOR PROFIT CORPORATION ACT

To Alan J. Dixon, Secretary of State, Springfield, Illinois:

The undersigned corporation, for the purpose of amending its Articles of Incorporation and pursuant to the provisions of Section 35 of the "General Not For Profit Corporation Act" of the State of Illinois, hereby executes the following Articles of Amendment:

1. The name of the corporation is: ALLIANCE OF AMERICAN INSURERS (formerly American Mutual Insurance Alliance)

2. There are some members, having voting rights with respect to amendments:
(Insert "no" or "some")

*(Strike paragraphs (a), (b), or (c) not applicable)*

3. (a) At a meeting of members, at which a quorum was present, held on May 26, 19 77 same receiving at least two-thirds (2/3) of the votes entitled to be cast by the members of the corporation present or represented by proxy at such meeting, and

~~(b) By a consent in writing signed by all members of the corporation entitled to vote with respect thereto.~~

~~(c) At a meeting of directors (members having no voting rights with respect to amendments) held on , 19 , same receiving the votes of a majority of the directors then in office, the following amendment or amendments were adopted in the manner prescribed by the "General Not For Profit Corporation Act" of the State of Illinois.~~

(1. Effective July 1, 1977
The name of the corporation is changed from the American Mutual Insurance Alliance to the Alliance of American Insurers.

2. The word "mutual" is stricken from paragraphs (a), (g), (l), (n), (o) and (q) of the Statement of Purposes of the corporation.

A copy of the amended Articles is attached.)

PAID

JUL 7 1977

ALAN J. DIXON
Secretary of State

12/21

2/13

Justice

Respectfully referred for [illegible]ate handling. Not [acknow]ledged by office.

Mr. John [illegible]

[illegible] Special Assistant to the President

Exhibit P

INDEPENDENT GARAGE OWNERS OF OHIO INC. MEMBER PERSONALIZED IGO SERVICE

# INDEPENDENT GARAGE OWNERS OF OHIO, INC.

YOUNGSTOWN UNIT

755 Mineral Springs
Youngstown, Ohio
Feb 8, 1961

John F. Kennedy, Pres.,
White House,
Washington, D.C.

Dear Mr. President:

The enclosures will give you an idea of the problems faced by the small business people through out our country, especially the small garage owner whose position in our industry is threatened with extinction by Big Rubber, Big Oil, and the Big Three, who own or control the sources of supply, and who manufacture, finance and insure, distribute, wholesale and retail, and who have also entered the service field in direct competition with us.

Lenin, the "Father of Communism" said that "the greatest obstacle to communism in the United States was the thousands of small businesses protected against monopoly by antitrust laws." Will "America become a land without promise for ambitious young people"? Must we "crawl on our bellies" to the garage owners moscow?, to these giant corporations who "mock the image of the economic system of free enterprise" in this country?

We ask no special favors, all we ask for is the Right to Bid and Compete, the Right to buy and sell on even terms with our competitors. Are we intitled to these rights? 60-169-41

Sincerely.

F. B. Smith

60-169-41

60-107-0

DEPARTMENT OF JUSTICE
49 MAR 25 1961
[illegible] BRANCH
Antitrust
RECORD M.D.

mk

chgd 4/16/61 J.T.K.

F. B. SMITH, EDITOR
755 MINERAL SPRINGS AVE.
YOUNGSTOWN 11, OHIO

Exhibit Q

U.S. Constitution › Article VI

# Article VI

All debts contracted and engagements entered into, before the adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation.

This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.

The Senators and Representatives before mentioned, and the members of the several state legislatures, and all executive and judicial officers, both of the United States and of the several states, shall be bound by oath or affirmation, to support this Constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States.

American Insurance Association (AIA)

President, John Degnan Signature_________________ Printed ___________________

Property Casualty Insurance Association of America (PCIAA) plus any mergers.

Chair Alex M. Hageli Signature __________________ Printed ___________________

National Association of Mutual Casualty Companies (NAMIC)

President, Charles Chamness Signature ______________ Printed ___________________

Mr. Leonard J Kral, Free and Independent, Independent Garage Owner, 63 Civ. 3106 Beneficiary

Signature [signature]

Printed Mr. Leonard J. Kral

**Constitution of the State of Illinois**
**Adopted at special election on December 15, 1970**

PREAMBLE

We, the People of the State of Illinois - grateful to Almighty God for the civil, political and religious liberty which He has permitted us to enjoy and seeking His blessing upon our endeavors - in order to provide for the health, safety and welfare of the people; maintain a representative and orderly government; eliminate poverty and inequality; assure legal, social and economic justice; provide opportunity for the fullest development of the individual; insure domestic tranquility; provide for the common defense; and secure the blessings of freedom and liberty to ourselves and our posterity - do ordain and establish this Constitution for the State of Illinois.
(Source: Illinois Constitution.)

ARTICLE I
BILL OF RIGHTS

SECTION 1. INHERENT AND INALIENABLE RIGHTS

All men are by nature free and independent and have certain inherent and inalienable rights among which are life, liberty and the pursuit of happiness. To secure these rights and the protection of property, governments are instituted among men, deriving their just powers from the consent of the governed.
(Source: Illinois Constitution.)

SECTION 16. EX POST FACTO LAWS AND IMPAIRING CONTRACTS

No ex post facto law, or law impairing the obligation of contracts or making an irrevocable grant of special privileges or immunities, shall be passed.
(Source: Illinois Constitution.)

American Insurance Association (AIA)

President, John Degnan Signature__________________ Printed ___________________

Property Casualty Insurance Association of America (PCIAA) plus any mergers.

Chair Alex M. Hageli Signature ___________________ Printed ____________________

National Association of Mutual Casualty Companies (NAMIC)

President, Charles Chamness Signature _____________ Printed __________________

Mr. Leonard J Kral, Free and Independent, Independent Garage Owner, 63 Civ. 3106 Beneficiary

Signature Mr. L. Kral

Printed Mr. Leonard J. Kral

U.S. Code › Title 28 › Part I › Chapter 21 › § 453

# 28 U.S. Code § 453 - Oaths of justices and judges

- US Code
- Notes

prev | next

Each justice or judge of the United States shall take the following oath or affirmation before performing the duties of his office: "I, ___ ___, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as ___ under the Constitution and laws of the United States. So help me God."

(June 25, 1948, ch. 646, 62 Stat. 907; Pub. L. 101–650, title IV, § 404, Dec. 1, 1990, 104 Stat. 5124.)

American Insurance Association (AIA)

President, John Degnan Signature________________ Printed __________________

Property Casualty Insurance Association of America (PCIAA) plus any mergers.

Chair Alex M. Hageli Signature __________________ Printed ___________________

National Association of Mutual Casualty Companies (NAMIC)

President, Charles Chamness Signature _____________ Printed __________________

Mr. Leonard J Kral, Free and Independent, Independent Garage Owner, 63 Civ. 3106 Beneficiary

Signature Mr. [signature]

Printed Mr. Leonard J. Kral

Constitution of the State of Illinois

## ARTICLE XIII

SECTION 3. OATH OR AFFIRMATION OF OFFICE

Each prospective holder of a State office or other State position created by this Constitution, before taking office, shall take and subscribe to the following oath or affirmation:

"I do solemnly swear (affirm) that I will support the Constitution of the United States, and the Constitution of the State of Illinois, and that I will faithfully discharge the duties of the office of .... to the best of my ability." (Source: Illinois Constitution.)

American Insurance Association (AIA)

President, John Degnan Signature________________ Printed ________________

Property Casualty Insurance Association of America (PCIAA) plus any mergers.

Chair Alex M. Hageli Signature ________________ Printed ________________

National Association of Mutual Casualty Companies (NAMIC)

President, Charles Chamness Signature ______________ Printed ________________

Mr. Leonard J Kral, Free and Independent, Independent Garage Owner, 63 Civ. 3106 Beneficiary

Signature Mr. [signature]

Printed Mr. Leonard J. Kral

(705 ILCS 205/4) (from Ch. 13, par. 4)

Sec. 4. Every person admitted to practice as an attorney and counselor at law shall, before his name is entered upon the roll to be kept as hereinafter provided, take and subscribe an oath, substantially in the following form:

I do solemnly swear (or affirm, as the case may be), that I will support the constitution of the United States and the constitution of the state of Illinois, and that I will faithfully discharge the duties of the office of attorney and counselor at law to the best of my ability.

(Source: R.S. 1874, p. 169.)

| ATTORNEY PRINTED NAME | SIGNATURE | REGISTRATION # |
| --- | --- | --- |
| | | |
| | | |
| | | |

American Insurance Association (AIA)

President, John Degnan Signature__________________ Printed __________________

Property Casualty Insurance Association of America (PCIAA) plus any mergers.

Chair Alex M. Hageli Signature __________________ Printed __________________

National Association of Mutual Casualty Companies (NAMIC)

President, Charles Chamness Signature ______________ Printed __________________

Mr. Leonard J Kral, Free and Independent, Independent Garage Owner, 63 Civ. 3106 Beneficiary

Signature [signature]

Printed Mr. Leonard J. Kral

U.S. Code › Title 5 › Part III › Subpart B › Chapter 33 › Subchapter II › § 3331

# 5 U.S. Code § 3331 - Oath of office

Current through Pub. L. 114-38. (See Public Laws for the current Congress.)

- US Code
- Notes

prev | next

An individual, except the President, elected or appointed to an office of honor or profit in the civil service or uniformed services, shall take the following oath: "I, AB, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God." This section does not affect other oaths required by law.

(Pub. L. 89–554, Sept. 6, 1966, 80 Stat. 424.)

U.S. Code › Title 5 › Part III › Subpart B › Chapter 33 › Subchapter II › § 3332

American Insurance Association (AIA)

President, John Degnan Signature__________________ Printed ___________________

Property Casualty Insurance Association of America (PCIAA) plus any mergers.

Chair Alex M. Hageli Signature ___________________ Printed ____________________

National Association of Mutual Casualty Companies (NAMIC)

President, Charles Chamness Signature ______________ Printed ___________________

Mr. Leonard J Kral, Free and Independent, Independent Garage Owner, 63 Civ. 3106 Beneficiary

Signature [signature]

Printed Mr. Leonard J. Kral

# 5 U.S. Code § 3332 - Officer affidavit; no consideration paid for appointment

- US Code
- Notes

prev | next

An officer, within 30 days after the effective date of his appointment, shall file with the oath of office required by section 3331 of this title an affidavit that neither he nor anyone acting in his behalf has given, transferred, promised, or paid any consideration for or in the expectation or hope of receiving assistance in securing the appointment.

(Pub. L. 89–554, Sept. 6, 1966, 80 Stat. 424.)

American Insurance Association (AIA)

President, John Degnan Signature________________ Printed ________________

Property Casualty Insurance Association of America (PCIAA) plus any mergers.

Chair Alex M. Hageli Signature ________________ Printed ________________

National Association of Mutual Casualty Companies (NAMIC)

President, Charles Chamness Signature ____________ Printed ________________

Mr. Leonard J Kral, Free and Independent, Independent Garage Owner, 63 Civ. 3106 Beneficiary

Signature Mr. L J Kral

Printed Mr. Leonard J. Kral

# 5 U.S. Code § 3333 - Employee affidavit; loyalty and striking against the Government

- US Code
- Notes



(a)

Except as provided by subsection (b) of this section, an individual who accepts office or employment in the Government of the United States or in the government of the District of Columbia shall execute an affidavit within 60 days after accepting the office or employment that his acceptance and holding of the office or employment does not or will not violate section 7311 of this title. The affidavit is prima facie evidence that the acceptance and holding of office or employment by the affiant does not or will not violate section 7311 of this title.

(b)

An affidavit is not required from an individual employed by the Government of the United States or the government of the District of Columbia for less than 60 days for sudden emergency work involving the loss of human life or the destruction of property. This subsection does not relieve an individual from liability for violation of section 7311 of this title.

(Pub. L. 89–554, Sept. 6, 1966, 80 Stat. 424.)

American Insurance Association (AIA)

President, John Degnan Signature________________ Printed __________________

Property Casualty Insurance Association of America (PCIAA) plus any mergers.

Chair Alex M. Hageli Signature __________________ Printed ___________________

National Association of Mutual Casualty Companies (NAMIC)

President, Charles Chamness Signature ____________ Printed ________________

Mr. Leonard J Kral, Free and Independent, Independent Garage Owner, 63 Civ. 3106 Beneficiary

Signature [signature]

Printed mr Leonard J. Kral

U.S. Code › Title 5 › Part III › Subpart F › Chapter 73 › Subchapter II › § 7311

# 5 U.S. Code § 7311 - Loyalty and striking

- US Code
- Notes

prev | next

An individual may not accept or hold a position in the Government of the United States or the government of the District of Columbia if he—

(1)

advocates the overthrow of our constitutional form of government;

(2)

is a member of an organization that he knows advocates the overthrow of our constitutional form of government;

(3)

participates in a strike, or asserts the right to strike, against the Government of the United States or the government of the District of Columbia; or

(4)

is a member of an organization of employees of the Government of the United States or of individuals employed by the government of the District of Columbia that he knows asserts the right to strike against the Government of the United States or the government of the District of Columbia.

(Pub. L. 89–554, Sept. 6, 1966, 80 Stat. 524.)

American Insurance Association (AIA)

President, John Degnan Signature__________________ Printed ___________________

Property Casualty Insurance Association of America (PCIAA) plus any mergers.

Chair Alex M. Hageli Signature ___________________ Printed ____________________

National Association of Mutual Casualty Companies (NAMIC)

President, Charles Chamness Signature ______________ Printed ___________________

Mr. Leonard J Kral, Free and Independent, Independent Garage Owner, 63 Civ. 3106 Beneficiary

Signature [signature]

Printed Mr. Leonard J. Kral