**F I L E D**

MAR 04 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States of America )
)
Plaintiff, )
)
)            Case No. 1:18-cv-07229
)
V. )
)
)
)
)
Association of Casualty and )      Honorable Judge: Gary Feinerman
Surety Companies, et al. )
)
Defendants. )
)

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on March 7, 2019, at 9 am, or as soon as thereafter as I may be heard, I shall appear before the Honorable Judge Gary Feinerman or any judge sitting in his or her stead in **Courtroom 2125** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:**

**REPLY TO NATIONAL ASSOCIATION OF MUTUAL CASUALTY COMPANIES C/O NATIONAL ASSOCIATION OF MUTUAL INSURANCE COMPANIES' MOTION TO DISMISS, PURSUANT TO FED. R. CIV. P. 12(b)(5) and (6)**

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2019, I provided service to the person or persons listed above by the following means: Certified Mail # 7014 0150 0001 2512 3307 & via Email to Mr. NAMIC President Charles Chamness' Attorney: denise.lazar@btlaw.com

Signature: _____ Date: 3-4-19

1 of 2

Leonard J. Kral

Name: NAMIC President, Charles Chamness

Address: 3601 Vincennes Rd.          Phone: 317-875-5250

Indianapolis, IN 46268